IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KADETRA F. GREEN; EDITH R. MOLAND; and KESHUNNA LOVE, a Minor, by and through her Guardian and Next Friend, PAM BURNS, | * * * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:17-cv-00180-SWW |
| | * * | |
| RUSSELL LARRY COUCH; and MTS EXPRESS, LLC, | * * * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation to Dismiss filed on July 11, 2018 [doc. #41], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of July 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE